SENSORMATIC ELECTRONICS,
LLC, Plaintiff–Appellee,

v.

Philip VON KAHLE (Assignee for the benefit of the creditors of The Tag Company US, LLC), Defendant–Appellant,

and

Phenix Label Company, Defendant,

and

Dennis Gadonneix, Defendant.

Sensormatic Electronics, LLC,
Plaintiff–Appellee,

v.

Philip Von Kahle (Assignee for the benefit of the creditors of The Tag Company US, LLC), Defendant,

and

Phenix Label Company, Defendant–Appellant,

and

Dennis Gadonneix, Defendant.

Nos. 2009–1174, 2009–1193.

United States Court of Appeals,
Federal Circuit.

Oct. 28, 2009.

Robert R. Waters, Enrico A. Mazzoli, Waters Law Group, PLLC, Louisville, KY, Olen L. York III, Waters Law Group, PLLC, Huntington, WV, for Defendant.

Robert F. Reynolds, Slatkin & Reynolds, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Mark L. Levine, Mark S. Ouweleen, Shayna S. Cook, Bartlit Beck Herman Palenchar, Chicago, IL, Sean C. Grimsley, Bartlit Beck Herman Palenchar, Denver, CO, for Plaintiff–Appellee.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss 2009–1174 and the unopposed motion to reform the caption to change an appellee's name from "Sensormatic Electronics Corporation" to "Sensormatic Electronics, LLC",

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) Each side shall bear its own costs in 2009–1174.